**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO.**

ANDREW TAKANO,

Plaintiff,

v.

STARTUPBROS, LLC,

Defendant.

---

**<u>COMPLAINT FOR COPYRIGHT INFRINGEMENT</u>**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff ANDREW TAKANO by and through undersigned counsel, brings this Complaint against Defendant STARTUPBROS, LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff ANDREW TAKANO ("Takano"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Takano's original copyrighted works of authorship.

2. Mr. Takano is a photographer and cinematographer who specializes in time lapse photography; in particular, a specialized type of time lapse called "hyperlapse." Hyperlapse is a complicated and time consuming technique that involves taking still photographs from a tripod, moving the set-up a few inches between each photo, and then applying sophisticated computer post-production procedures to edit the photographs and assemble them into films. His process is tedious and relies on precision and concentration, not elaborate equipment or trick shots.

3. Defendant STARTUPBROS, LLC is a group of entrepreneurs offering clients help starting their own businesses.

4. Takano alleges that STARTUPBROS, LLC copied Takano's copyrighted work from the internet in order to advertise, market and promote its business activities. The Defendant committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Defendant's businesses.

**JURISDICTION AND VENUE**

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANTS**

9. STARTUPBROS, LLC ("StartupBros") is a limited liability company with its principal place of business at 35095 US Highway 19 N, Palm Harbor, FL 34684, and can be served by serving its Registered Agent, William L. Mitchell, 3265 Boesch Drive, Palm Harbor, Florida 34684.

## THE COPYRIGHTED WORK AT ISSUE

10. Takano created a photograph titled "Road to Terlingua," which is shown below and referred to herein as the "Work".




11. Takano registered the Work with the Register of Copyrights on April 25, 2014 and was assigned the registration number Vau 1-165-775. The Certificate of Registration is attached hereto as Exhibit 1.

12. At all relevant times Takano was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

13. The Defendant has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendant copied the Work.

15. Defendant copied Takano's copyrighted Work without Takano's permission.


**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431

16. After Defendant copied the Work, it made further copies and distributed the Work on the internet to promote the sale of services as part of its business helping aspiring entrepreneurs start their own businesses.

17. Defendant copied and distributed Takano's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

18. Takano's works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

19. Defendant committed copyright infringement of the Work as evidenced by Exhibit 2.

20. Takano never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

21. Plaintiff notified the Defendant of the allegations set forth herein on January 31, 2017. A copy of the Notice to the Defendant is attached hereto as Exhibit 3. To date, Defendant has failed to respond to Plaintiff's Notice.

22. Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Takano owns a valid copyright in the Work at issue in this case.

25. Takano registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. StartupBros copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Takano's authorization in violation of 17 U.S.C. § 501.

27. StartupBros performed the acts alleged in the course and scope of its business activities.

28. Takano has been damaged.

29. The harm caused to Takano has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant StartupBros, LLC that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501;

b. Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504.

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: April 4, 2017

Respectfully submitted,

*/s/ Joel B. Rothman*

JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
KEVIN E. CUDLIPP
Florida Bar Number: 112433
kevin.cudlipp@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Andrew Takano*